

# Fourth Court of Appeals
## San Antonio, Texas

October 27, 2015

No. 04-15-00240-CR

Mario Jesus **RAMIREZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR10323
Honorable Ron Rangel, Judge Presiding

# O R D E R

Appellant has filed a motion for extension of time, requesting an extension of ninety days. Appellant's motion for extension of time is GRANTED IN PART AND DENIED IN PART. Instead of a ninety-day extension, we grant appellant a sixty-day extension and ORDER him to file his brief on or before January 4, 2016. No further extensions will be granted absent extenuating circumstances.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of October, 2015.

_____
Keith E. Hottle
Clerk of Court